## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE, § § § § | |
| Plaintiffs, § | Civil Action No. H-07-2467 (J. Rosenthal) |
| v. § § | |
| BOSTON SCIENTIFIC CORP. and GUIDANT CORP. § § § | |
| Defendants § § | |
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE, § § § § | |
| Plaintiffs, § | Civil Action No. 07-2702 (J. Rosenthal) |
| v. § § | |
| ATRICURE, INC., § § | |
| Defendant. § § | |
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE, § § § § | |
| Plaintiffs, § | Civil Action No. 07-2704 (J. Rosenthal) |
| v. § § | |
| ST. JUDE MEDICAL, INC., and EPICOR MEDICAL, INC. § § § | |
| Defendants. § § | |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* § | |
| JANE DOE and DONALD P. BOONE, § | |
| § | |
| Plaintiffs, § | Civil Action No. H-08-3408 |
| § | |
| v. § | |
| MEDTRONIC, INC., § | |
| § | |
| Defendant. § | |

**ORDER**

The United States has not intervened in the above-captioned actions under the False Claims Act, 31 U.S.C. §3730(b)(4). The following orders are entered:

1. The complaints are to be served on the defendants by the relator.

2. The parties must serve all pleadings and motions filed in this action, including supporting memoranda, on the United Stats, as provided for in 31 U.S.C. §3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

3. All court orders will be sent to the United States.

4. If the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States before ruling or granting its approval

SIGNED on August 28, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge