IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JANE DOE, <br><br> Plaintiffs, <br><br> v. <br><br> ATRICURE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-2702 (J. Rosenthal) |

## NOTICE OF INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), and consistent with the terms of the June 15, 2009, Settlement Agreement among the United States, Atricure, Inc., and Relator Jane Doe ("Relator"), the United States hereby notifies the Court that it intervenes in this action. Contemporaneous with the filing of this notice, the parties have filed a stipulation of dismissal of Relator's complaint and an application to unseal relator's identity, accompanied by a proposed order.

Respectfully submitted,

TONY WEST
Assistant Attorney General

TIM JOHNSON
Acting United States Attorney

/s/ Michelle Zingaro
MICHELLE ZINGARO
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208-11129
Phone: (713) 567-9512
SBOT No. 12345500

                                          JOYCE R. BRANDA
                                          JAMIE ANN YAVELBERG
                                          EDWARD C. CROOKE
                                          Civil Division
                                          Commercial Litigation Branch
                                          P. O. Box 261, Ben Franklin Station
                                          Washington, D.C. 20004
                                          Phone: (202) 353-0426

                                          **Attorneys for the United States of America**

Dated: February 2, 2010