IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JANE DOE, <br><br> Plaintiffs, <br><br> v. <br><br> ATRICURE, INC., <br><br> Defendant. | Civil Action No. 07-2702 (J. Rosenthal) |

## STIPULATION OF DISMISSAL AND
## APPLICATION TO UNSEAL RELATOR'S IDENTITY

The present action was filed under the qui tam provisions of the False Claims Act, 31 U.S.C. § 3729 *et seq.*, by Relator Jane Doe ("Relator") against Atricure, Inc. ("Atricure"). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the February 2, 2010, Settlement Agreement among the United States, Atricure, and Relator (collectively, the "Parties"), the Parties hereby stipulate, through their undersigned counsel, to the entry of an order dismissing with prejudice all civil monetary claims asserted on behalf of the United States against Atricure in this action; provided, however, that the Court shall retain jurisdiction to enforce the terms of the Agreement by and between the parties.  The parties further request that the Court unseal relator's identity and the original, unredacted complaint filed in this action.

Relator, on behalf of herself, her heirs, successors, attorneys, agents, and assigns, stipulate that the settlement amount set forth in the February 2, 2010, Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances, that she will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that she expressly waives the opportunity for a hearing on any objection to the settlement pursuant to 31

U.S.C. § 3730(c)(2)(B).

    The parties respectfully request that the Court enter an order in the form of the attached, proposed order.

                                                                                                                                      Respectfully submitted,

**COUNSEL FOR THE**
**UNITED STATES OF AMERICA:**    TONY WEST
                                                          Assistant Attorney General

                                                          TIM JOHNSON
                                                          Acting United States Attorney

                                                          /s/ Michelle Zingaro
                                                          MICHELLE ZINGARO
                                                          Assistant U.S. Attorney
                                                          P.O. Box 61129
                                                          Houston, Texas 77208-11129
                                                          Phone: (713) 567-9512
                                                          SBOT No. 12345500

                                                          JOYCE R. BRANDA
                                                          JAMIE ANN YAVELBERG
                                                          EDWARD C. CROOKE
                                                          Civil Division
                                                          Commercial Litigation Branch
                                                          P. O. Box 261, Ben Franklin Station
                                                          Washington, D.C. 20004
                                                          Phone: (202) 353-0426

**COUNSEL FOR RELATOR**
**JANE DOE:**                                            /s/ Mitch Kreindler (by MZ w/ permission)
                                                          Mitch Kreindler
                                                          KREINDLER & ASSOCIATES, PC
                                                          9219 Katy Freeway, Suite 206
                                                          Houston, TX 77024-1514
                                                          (713) 647-8888

/s/ Grant Morris (by MZ w/ permission)
Grant Morris
LAW OFFICES OF GRANT MORRIS
1666 Connecticut Ave., NW, Suite 310
Washington, DC  20009
(202) 742-7783


/s/ David Sanford (by MZ w/ permission)
David Sanford
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Ave., NW, Suite 310
Washington, DC  20009
(202) 742-7780

**COUNSEL FOR DEFENDANT**
**ATRICURE, INC.:**            /s/ Stuart Gerson (by MZ w/ permission)
Stuart Gerson
EPSTEIN, BECKER & GREEN, LLP
1227 25th Street, NW, Suite 700
Washington, DC 20037-1156
202/861-4180

## Certificate of Service

I hereby certify that on February 2, 2010, the United States' Notice of Intervention and Joint Stipulation of Dismissal and Proposed Order were mailed, first-class mail, postage prepaid to:

    Mitch Kreindler
    KREINDLER & ASSOCIATES, PC
    9219 Katy Freeway, Suite 206
    Houston, TX 77024-1514
    (713) 647-8888

    Grant Morris
    LAW OFFICES OF GRANT MORRIS
    1666 Connecticut Ave., NW, Suite 310
    Washington, DC  20009
    (202) 742-7783

    David Sanford
    SANFORD, WITTELS & HEISLER, LLP
    1666 Connecticut Ave., NW, Suite 310
    Washington, DC  20009
    (202) 742-7780

    Stuart Gerson
    EPSTEIN, BECKER & GREEN, LLP
    1227 25th Street, NW, Suite 700
    Washington, DC 20037-1156
    (202) 861-4180

    /s/ Michelle Zingaro
    Michelle Zingaro